UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60300-CIV-SINGHAL

HERMINDO BELLO PEREZ,

    Petitioner,

v.

MIAMI FIELD OFFICE DIRECTOR, *et al.,*

    Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Respondents' Unopposed Motion for Cancellation of February 19th Hearing on the Petition for Writ of Habeas Corpus (the "**Motion**").  (DE [9]).  While the Court rejects the notion that 28 U.S.C. Section 2072 or the rules promulgated pursuant thereto eliminate Section 2243's requirement that courts hold *non*-evidentiary hearings as a matter of course, Petitioner's non-opposition to the Motion warrants the hearing's cancellation.  *See Taylor v. Pekerol*, 2016 WL 5921259, at *6 (N.D. Fla. Aug. 1, 2016) (litigant's waiver of otherwise mandatory detention hearing satisfied due process).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The hearing scheduled for February 19, 2026, at 1:30PM is **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of February 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF